STATE v. GANTT

No. 31 PC.

Case below: 26 N.C. App. 554.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.

STATE v. HACKETT

No. 197 PC.

Case below: 26 N.C. App. 239.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.

STATE v. HAMRICK

No. 21 PC.

Case below: 26 N.C. App. 518.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.

STATE v. HICKSON

No. 146 PC.

Case below: 25 N.C. App. 619.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 25 August 1975.

STATE v. HUNTER and GRAY

No. 29 PC.

Case below: 26 N.C. App. 489.

Petition by defendant Gray for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.